**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No.      09-cv-02079-REB

JAN E. MASSE, formerly known as
Jan E. Sallinger,

      Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security,

      Defendant.

# ORDER

**Blackburn, J.**

The matter comes before me on plaintiff's **Unopposed Motion for Payment of EAJA Fee to Plaintiff's Attorney** [#21] filed November 8, 2010. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Unopposed Motion for Payment of EAJA Fee to Plaintiff's Attorney** [#21] filed November 8, 2010, is **GRANTED**; and

2. That the EAJA fees awarded pursuant to the Court's **Order** [#20] entered October 27, 2010, **SHALL BE PAID** and **DISBURSED** directly to Ann J. Atkinson, Attorney at Law, as the attorney for the Plaintiff.

Dated November 9, 2010, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  /s/ Robert E. Blackburn
                                                  Robert E. Blackburn
                                                  United States District Judge