**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  09-cv-02079-REB

JAN E. MASSE, formerly known as
Jan E. Sallinger,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)

**Blackburn, J.**

The matter is before me on the plaintiff's **Unopposed Motion For Attorney's Fees Under 42 U.S.C. § 406(b) Pursuant To Fed. R. Civ. P. 60(b)(6)** [#23][1] filed November 7, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Unopposed Motion For Attorney's Fees Under 42 U.S.C. § 406(b) Pursuant To Fed. R. Civ. P. 60(b)(6)** [#23] filed November 7, 2011, is **GRANTED**;

2. That defendant shall pay to Ann J. Atkinson, attorney for the plaintiff, the sum

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

of $12, 468.00 from funds being withheld from the retroactive Social Security disability benefits awarded to the plaintiff as a result of the remand order issued by the court; and

   3. That on payment of the fees above, the attorney for the plaintiff shall refund to the plaintiff the sum of $3,500.00, representing the awards previously made by this court for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

  Dated November 7, 2011, at Denver, Colorado.

             **BY THE COURT:**

             */s/ Robert E. Blackburn*
             Robert E. Blackburn
             United States District Judge